IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01451-CMA-MJW

THE FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for
   New Frontier Bank,

   Plaintiff,

v.

AQUATIC AND WETLAND COMPANY, INC., a Colorado corporation,
BRADLEY T. WINDELL, Individually,
JOHN T. WINDELL, Individually,
HEIDI G. WINDELL, Individually,
GREGORY B. WINDELL, Individually, and
BRADLEY T. WINDELL TRUST AND HEIDI G. HYNES-WINDELL TRUST,
   DATED APRIL 18, 2008, a Colorado Trust,

   Defendants.

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

This matter is before the Court on Plaintiff's Unopposed Motion To Stay Proceedings Pending Exhaustion of Mandatory Administrative Claims Process (Doc. # 12).  The Court having reviewed the motion and good cause being shown,

IT IS HEREBY ORDERED that this action be STAYED until the earlier of either (1) March 16, 2010, or (2) 180 days after the named Defendants submit their administrative claim to the FDIC-Received in the claims process.

DATED:  August  21 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge