# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  Date: December 1, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-01451-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receive for New Frontier Bank, | Marie Drake |
| Plaintiff, | |
| v. | |
| AQUATIC AND WETLAND COMPANY, INC., a Colorado corporation, BRADLEY T. WINDELL, Individually, JOHN T. WINDELL, Individually, HEIDI G. WINDELL, Individually, GREGORY B. WINDELL, Individually and BRADLEY T. WINDELL TRUST AND HEIDI G. HYNES-WINDELL TRUST DATED April 18, 2003, a Colorado Trust, | Michael Uwate |
| Defendant. | |

---

## COURTROOM MINUTES
---

HEARING: Motion

**2:31 p.m.    Court in session**.

Also present: Peter Sabey for Acquired Capital.

**ORDER:**    Acquired Capital I, L.P.'s Unopposed Motion to Partially Substitute Plaintiff

        and Sever Claims **(16)** is **granted** as follows:

           Acquired Capital I, L.P. is substituted as plaintiff for the FDIC on Promissory Note # 2, encompassed by Plaintiff's Fifth, Sixth, Seventh and Eighth Claims.  Plaintiff's Fifth, Sixth, Seventh and Eighth Claims are severed.

**ORDER:** The new case of Plaintiff Acquired Capital I, L.P, and Defendants Aquatic and Wetland Company, Inc., a Colorado Corporation; Bradley T. Windell, Individually; John T. Windell, Individually; Heidi G. Windell, Individually; Gregory B. Windell, Individually; and Bradley T. Windell Trust and Heidi G. Hynes-Windell Trust Dated April 18, 2003, a Colorado Trust concerning Promissory Note # 2, encompassed by Plaintiff's Fifth, Sixth, Seventh and Eighth Claims, is **remanded** to the Weld County District Court.

**2:38 p.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:07