**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01451-CMA-MJW

THE FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for
  New Frontier Bank,

    Plaintiff,

v.

AQUATIC AND WETLAND COMPANY, INC., a Colorado corporation,
BRADLEY T. WINDELL, Individually,
JOHN T. WINDELL, Individually,
HEIDI G. WINDELL, Individually,
GREGORY B. WINDELL, Individually, and
BRADLEY T. WINDELL TRUST AND HEIDI G. HYNES-WINDELL TRUST,
  DATED APRIL 18, 2008, a Colorado Trust,

    Defendants.

---

**ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE**

---

Pursuant to the parties' Stipulated Motion To Dismiss Defendants' Counterclaims Against Plaintiff, With Prejudice (Doc. # 41), the Court hereby ORDERS that Defendants' Counterclaims against Plaintiff Federal Deposit Insurance Corporation as Receiver for New Frontier Bank are DISMISSED WITH PREJUDICE in accordance with the representations and stipulations set forth in the stipulated motion, with no award of fees or costs.

    DATED: November   30  , 2010

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge