**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01451-CMA-MJW

THE FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for
　New Frontier Bank,

　　　Plaintiff,

v.

AQUATIC AND WETLAND COMPANY, INC., a Colorado corporation,
BRADLEY T. WINDELL, Individually,
JOHN T. WINDELL, Individually,
HEIDI G. WINDELL, Individually,
GREGORY B. WINDELL, Individually, and
BRADLEY T. WINDELL TRUST AND HEIDI G. HYNES-WINDELL TRUST,
　DATED APRIL 18, 2008, a Colorado Trust,

　　　Defendants.

**ORDER GRANTING STIPULATED MOTION TO REMAND**

　　　This matter is before the Court on the parties' Unopposed Stipulated Motion To Remand (Doc. # 43), jointly moving to remand this case to Weld County District Court. The Court, having considered the representations and stipulations set forth in their motion, is of the opinion that the request for dismissal should be GRANTED. It is, therefore,

　　　ORDERED that this case be REMANDED to the District Court of Weld County, Colorado, for further proceedings.  It is

FURTHER ORDERED that the Pretrial Conference scheduled for February 2, 2011, scheduled before Magistrate Judge Watanabe, is hereby VACATED.

DATED: December __14__, 2010

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge